IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:15CR3083 |
| vs. | |
| SCOTT W. RINDONE, | ORDER |
| Defendants. | |

The defendant will be participating in pretrial diversion. The government therefore moves to continue the progression and trial of this case. (Filing No. 45). Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

1) The government's motion, (filing no. 45), is granted, and the trial of this case is continued pending further order of the court.

2) For the reasons set forth in the motion, the court finds the ends of justice served by granting the parties' request to continue progression and trial of this case outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the completion of this matter, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7).

3) A status conference will be held before the undersigned magistrate judge on November 1, 2017 at 9:00 a.m. in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. This conference will be cancelled if this case is dismissed prior to the scheduled hearing.

4) The clerk shall close this case for administrative purposes.

April 5, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge