IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT W. RINDONE,<br><br>Defendant. | 4:15-CR-3083<br><br>ORDER |

This matter is before the Court on the plaintiff's motion to dismiss (filing 75). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion To Dismiss Indictment (filing 75) is granted.

2. The indictment is dismissed as to defendant Scott W. Rindone.

Dated this 10th day of April, 2017.

BY THE COURT:

*[signature: John M. Gerrard]*

John M. Gerrard
United States District Judge